**Return**

| Case No.: | Date and time warrant<br>executed: 04/04/24 09:19AM | Copy of warrant and inventory left with:<br>USPS |
|---|---|---|
| Inventory made in the presence of :<br>Inspector Ronnell Parker | | |

Inventory of the property taken and name of any person(s) seized:

- 918 grams of marijuana

FILED

Charlotte

Apr 23 2024

U.S. District Court

Western District of N.C.

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     4/18/2024

/s/ Justin Jenkins
_____
*Executing officer's signature*

Justin Jenkins, Postal Inspector
_____
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of | ) |
| | )    Case No. |
| Priority Mail Parcel Bearing Tracking Number | ) |
| 9505 5141 4657 4087 6048 10, Currently | ) |
| Located at 2300 Yorkmont Road, Charlotte, North | ) |
| Carolina 28217 | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search

of the following person or property located in the     Western     District of     North Carolina
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before     4/16/2024     *(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10:00 p.m.     ☐   at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     David C. Keesler, US Magistrate Judge     .
                                                                     *(United States Magistrate Judge)*

☐   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐   for     days *(not to exceed 30)*     ☐   until, the facts justifying, the later specific date of   enter date     .

Date and time issued:   4/3/2024 4:30 PM

David C. Keesler
United States Magistrate Judge

City and state:     Charlotte, North Carolina